424 A.2d 554

Commonwealth v. Smith, R., Appellant.

Submitted September 10, 1979.  Joshua M. Briskin, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

424 A.2d 554

Commonwealth v. Wareham, Appellant.

Ronald F. O'Driscoll, Assistant Public Defender, for appellant;  James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

424 A.2d 554

Commonwealth ex rel. Smith v. Smith, Appellant.